Lavestaga **LOGSTON**, Movant, v. **COMMONWEALTH** of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 10, 1944.

Tanner Ottley and J. C. Carter, Jr. for movant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

Emery **KINKEAD**, Incorporated, Movant, v. **C. C. STOLL**, et al., Opposed.

Court of Appeals of Kentucky.

April 25, 1944.

W. Scott Miller and C. Maxwell Brown for movant.

Walter Clements, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Robert **VIALL** et al., Movants, v. **W. C. ASHER**, Mayor, Opposed.

Court of Appeals of Kentucky.

April 25, 1944.

Pitzer Black for movants.

Hiram H. Owens, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.